```
                    FILED
          CLERK, U.S. DISTRICT COURT

              MAR 18 2013

          CENTRAL DISTRICT OF CALIFORNIA
          BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREEMINENT INVESTMENT CORPORATION, A CALIFORNIA CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES R. SALO, ET AL.,<br><br>        Defendants. | CASE NO. CV 12-09943 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that the complaint does not competently allege facts supplying either diversity

diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Defendant's notice of removal only asserts that removal is proper based upon federal question jurisdiction. (Notice at 2). However, the underlying unlawful detainer action does not raise any federal legal question.

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, South Eastern District, 7339 South Painter Avenue, Whittier, CA 90602, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 3/7/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE